IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: **13-05143** |
|---|---|
| **MARCELO  FAUSTINELLI  LOPEZ** | Chapter 7 |
| Debtor(s) | |

## NOTICE OF MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN THAT:

The MEETING OF CREDITORS has been schedule for :

## August 27, 2013 at 1:30pm

at the first floor of the Ochoa Building, at the corner of #500 Tanca and Comercio Streets, Old San Juan, PR.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY:   that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to US Trustee, and we sent copy of this document of this document through regular mail to Debtor(s) and all non CM/ECF participants interested parties to their  address listed on the master address list.

IN SAN JUAN, PUERTO RICO, this July 29, 2013.

RESPECTFULLY SUBMITTED.

JPC LAW OFFICE

José M Prieto Carballo, Esq.
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo,  Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 13-05143-ESL7<br>District of Puerto Rico<br>Old San Juan<br>Mon Jul 29 14:57:53 AST 2013 | SCOTIABANK DE PUERTO RICO<br>CARDONA-JIMENEZ LAW OFFICE, PSC<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| BANCO SANTANDER<br>P O BOX 362589<br>San Juan, PR 00936-2589 | BANK OF AMERICA<br>PO BOX 17054<br>WILMINGTON, DE 19850-7054 | BPPR<br>PO BOX 366818<br>San Juan, PR 00936-6818 |
| FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | GECRB<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 | JOSE ANTONIO ARTECONA ARTZE<br>ROSARIO ISABEL THOMPSON POVENTUD<br>PO BOX 13636<br>SAN JUAN, PR 00908-3636 |
| SCOTIABANK<br>ATTY JOSE F CARDONA<br>PO BOX 9023593<br>SAN JUAN PR 00902 3593 | SCOTIABANK<br>ATTY JUAN A CUYAR<br>PO BOX 9023905<br>SAN JUAN PR 00902 3905 | SCOTIBANK<br>PO Box 362230<br>SAN JUAN, PR 00936-2230 |
| JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | MARCELO FAUSTINELLI LOPEZ<br>PO BOX 13935<br>SAN JUAN, PR 00908-3935 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO ROMAN VALENTIN<br>US TRUSTEES OFFICE<br>PO BOX 9024003<br>SAN JUAN, PR 00902-4003 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Scotiabank de Puerto Rico | (d)SCOTIABANK DE PUERTO RICO<br>CARDONA-JIMENEZ LAW OFFICE, PSC<br>P.O. BOX 9023593<br>SAN JUAN, PR 00902-3593 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients    2<br>Total                  17 |